IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH E. CINDRICH, ) | |
| ) | Civil Action No. 05 - 828 |
| Plaintiff, ) | |
| ) | Chief Judge Donetta W. Ambrose |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| KENNETH M. DOOLITTLE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The above captioned case was initiated by the filing of a Complaint on June 17, 2005, and was referred to United States Magistrate Judge Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's Report and Recommendation filed October 13, 2005, recommended that the proposed order filed by the Plaintiff on August 30, 2005 (Doc. No. 9) be entered by the District Court. The Defendant, who is proceeding pro se, was served at 11 Seascape Village, Aptos, California 95003 and on counsel for the Defendants. The return receipt from the United States Postal Service indicates that the Defendant received the Report and Recommendation on October 17, 2005. The parties were advised they were allowed ten (10) days from the date of service to file written objections to the report and recommendation. No objections have been filed. After review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 10th day of Nov., 2005;

**IT IS ORDERED** that the Report and Recommendation of Magistrate Judge Lenihan, dated October 13, 2005, is adopted as the opinion of the court. The Court shall enter the proposed order of court filed by the Plaintiff on August 30, 2005 forthwith.

Dated:                                                          By the Court:

                                                                *[signature]*
                                                                Chief Judge Donetta W. Ambrose
                                                                United States District Judge

cc:     Lisa Pupo Lenihan
        United States Magistrate Judge

        Dean E. Collins
        Cindrich & Associates
        552 Washington Avenue
        Carnegie, PA 15106-2894

        KENNETH M. DOOLITTLE
        11 Seascape Village
        Aptos, CA 95003
        VIA CERTIFIED MAIL